## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: LOUGHREY, JAMES P. | § Case No. 04-34127-JPC |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on September 15, 2004. The undersigned trustee was appointed on September 15, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        20,097.27

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 826.60 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $   19,270.67 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 04/05/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,759.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,759.73, for a total compensation of $2,759.73. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/23/2009        By:/s/KAREN R. GOODMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 04-34127-JPC  
Case Name: LOUGHREY, JAMES P.  
Period Ending: 09/23/09

Trustee: (520191) KAREN R. GOODMAN  
Filed (f) or Converted (c): 09/15/04 (f)  
§341(a) Meeting Date: 10/20/04  
Claims Bar Date: 04/05/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE-RES AT 8402 S. HILLSIDE, PALOS PARK | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS TCF BANK | 1,000.00 | 100.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS1/2 INT. | 1,500.00 | 1,201.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6 | STOCK AND BUSINESS INTERESTSLOMA COMPANIES, INC. | 100.00 | Unknown | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES2001 FORD F150<br>    ALREADY REPOSSESSED | 10,000.00 | 4,679.00 | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES2001 FORD F350 | 10,000.00 | 0.00 | | 0.00 | FA |
| 9 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 50,000.00 | Unknown | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES-MET LIFE | Unknown | 25,656.89 | | 14,789.37 | FA |
| 11 | 1995 FORD F700 DUMP TRUCK (u)<br>    ORIGINALLY THOUGHT TO HAVE LASALLE LIEN | Unknown | Unknown | | 3,500.00 | FA |
| 12 | 1989 GMC 7000 BOX TRUCK (u)<br>    ORIGINALLY THOUGHT TO HAVE LASALLE LIEN | Unknown | Unknown | | 1,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 307.90 | Unknown |
| 13 | Assets    Totals (Excluding unknown values) | $523,000.00 | $31,636.89 | | $20,097.27 | $0.00 |

**Major Activities Affecting Case Closing:**
    REVIEW CLAIMS; FILE TFR.

Initial Projected Date Of Final Report (TFR):    June 30, 2006          Current Projected Date Of Final Report (TFR):    July 31, 2009

Printed: 09/23/2009 02:32 PM    V.11.50

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-34127-JPC | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | LOUGHREY, JAMES P. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: | 13-7488181 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 09/23/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/05 | | American AuctionAssociates, Inc. | Sale of Vehicles per Court Order | | 5,000.00 | | 5,000.00 |
| | {11} | | Sale of 1995 For F700      3,500.00 | 1229-000 | | | 5,000.00 |
| | {12} | | Sale of 1989 GMC 7000    1,500.00<br>Box Truck | 1229-000 | | | 5,000.00 |
| 12/29/05 | 1001 | American Auction Associates, Inc. | Auctioneer's Expense per Ct. Order dated 12/29/05 | 3620-000 | | 756.84 | 4,243.16 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.60 | | 4,244.76 |
| 01/30/06 | {10} | METROPOLITAN LIFE INSURANCE COMPANY | CASH SURRENDER VALUE OF LIFE INSURANCE POLICY | 1129-000 | 14,789.37 | | 19,034.13 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.78 | | 19,036.91 |
| 02/10/06 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2006 FOR CASE #04-34127 | 2300-000 | | 14.32 | 19,022.59 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.23 | | 19,032.82 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.32 | | 19,044.14 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.06 | | 19,056.20 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.95 | | 19,069.15 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.54 | | 19,081.69 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.97 | | 19,094.66 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.98 | | 19,107.64 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.14 | | 19,119.78 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.40 | | 19,133.18 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.57 | | 19,145.75 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.16 | | 19,157.91 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.77 | | 19,170.68 |
| 02/06/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2007 FOR CASE #04-34127 | 2300-000 | | 19.51 | 19,151.17 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.55 | | 19,160.72 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.23 | | 19,170.95 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.57 | | 19,181.52 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.58 | | 19,192.10 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.90 | | 19,202.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.93 | | 19,212.93 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.60 | | 19,223.53 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.58 | | 19,233.11 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.29 | | 19,244.40 |

Subtotals :          $20,035.07          $790.67

{} Asset reference(s)                                                                                              Printed: 09/23/2009 02:32 PM    V.11.50

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-34127-JPC | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|
| Case Name: | LOUGHREY, JAMES P. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: | 13-7488181 | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 09/23/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.01 | | 19,254.41 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.80 | | 19,264.21 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 8.80 | | 19,273.01 |
| 02/05/08 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #04-34127, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 20.39 | 19,252.62 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.95 | | 19,256.57 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.57 | | 19,260.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.68 | | 19,262.82 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.41 | | 19,265.23 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.44 | | 19,267.67 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.44 | | 19,270.11 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.29 | | 19,272.40 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.52 | | 19,274.92 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.10 | | 19,277.02 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.51 | | 19,278.53 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.36 | | 19,279.89 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,280.67 |
| 02/06/09 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #04-34127, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 15.54 | 19,265.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 19,265.86 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,266.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,267.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 19,268.22 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,269.05 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,269.86 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,270.67 |
| | | | ACCOUNT TOTALS | | 20,097.27 | 826.60 | $19,270.67 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,097.27 | 826.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,097.27 | $826.60 | |

{} Asset reference(s)             Printed: 09/23/2009 02:32 PM    V.11.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-34127-JPC | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- |
| Case Name: | LOUGHREY, JAMES P. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: | 13-7488181 | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 09/23/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | MMA # ***-*****99-65 | | 20,097.27 | 826.60 | 19,270.67 |
| | | | | | $20,097.27 | $826.60 | $19,270.67 |

{} Asset reference(s)

Printed: 09/23/2009 02:32 PM    V.11.50

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-34127-JPC
Case Name: LOUGHREY, JAMES P.
Trustee Name: KAREN R. GOODMAN

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Karen R. Goodman | $ 2,759.73 | $ |
| *Attorney for trustee* | Shefsky & Froelich Ltd. | $ 5,694.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                          *Fees*                  *Expenses*

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $518,935.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 7P | Department of the Treasury-Internal Revenue Service | $ 192,382.80 | $ 4,010.12 |
| 7S | Department of the Treasury-Internal Revenue Service | $ 326,552.49 | $ 6,806.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,518.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Discover Bank | $ 7,922.85 | $ 0.00 |
| 3 | Ozinga | $ 18,965.60 | $ 0.00 |
| 4 | Maxit | $ 18,439.52 | $ 0.00 |
| 10 | American Business Consultants Corporation | $ 41,190.41 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,556.97 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                    *Allowed Amt. of Claim*   *Proposed Payment*

| | | | |
|---|---|---|---|
| 5 | Capital One Bank | $ 2,556.97 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                    *Allowed Amt. of Claim*   *Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**