| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location: Room 619 |
| SUITE 2800 | Hearing Date: 11/05/2009 |
| CHICAGO, IL 60601 | Hearing Time: 09:30am |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LOUGHREY, JAMES P.          § Case No. 04-34127-JPC
                                   §
                                   §
                                   §
Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/05/2009 in Courtroom 619, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2009     By: /s/KAREN R. GOODMAN
                                                                Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter   7 | |
| 111 East Wacker Drive | Location: | Room 619 |
| SUITE 2800 | Hearing Date: | 11/05/2009 |
| CHICAGO, IL 60601 | Hearing Time: | 09:30am |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LOUGHREY, JAMES P.   § Case No. 04-34127-JPC
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   20,098.05

*and approved disbursements of*   $   826.60

*leaving a balance on hand of* [1]   $   19,271.45

Claims of secured creditors will be paid as follows:

Claimant                                           *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*         *Fees*         *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | Karen R. Goodman | $ 2,759.73 | $ |
| *Attorney for trustee* | Shefsky & Froelich Ltd. | $ 5,694.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $518,935.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7P | Department of the Treasury-Internal Revenue Service | $ 192,382.80 | $ 4,010.12 |
| 7S | Department of the Treasury-Internal Revenue Service | $ 326,552.49 | $ 6,806.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 86,518.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 7,922.85 | $ 0.00 |
| 3 | Ozinga | $ 18,965.60 | $ 0.00 |
| 4 | Maxit | $ 18,439.52 | $ 0.00 |
| 10 | American Business Consultants Corporation | $ 41,190.41 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,556.97 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Capital One Bank | $ 2,556.97 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL  60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                  Page 1 of 2                  Date Rcvd: Oct 06, 2009
Case: 04-34127                 Form ID: pdf006               Total Noticed: 52
```

The following entities were noticed by first class mail on Oct 08, 2009.

```
db         +James P Loughrey,    8402 Hillside,    Palos Park, Il 60464-2059
aty        +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
             Chicago, IL 60601-3713
aty        +Thomas W Lynch,    Thomas W Lynch & Associates PC,    9231 S Roberts Rd,
             Hickory Hills, IL 60457-3810
tr         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
             Chicago, IL 60601-3713
8483989     AT&T,    PO Box 9001309,    Louisville, KY 40290-1309
8483985    +Advanced Supply Co.,    8901 W 192nd St., Suite D,    Mokena, IL 60448-8108
8483986     Advocate Good Samaritan,    3615 Highland Ave,    Downers Grove, IL 60515
8483987     Allstate,    75 Executive Pkwy,    Hudson, OH 44237-0001
10588378   +American Business Consultants Corporation,     David A Axelrod & Associates PC,
             20 S Clark Ste 2200,    Chicago, IL 60603-1815
8483988     Amoco,    PO Box 9014,    Des Moines, IA 50368-9014
8483990    +Atlas Bobcat,    5050 River Road,    Schiller Park, IL 60176-1021
8483991    +Bi Rental,    4021 W 127th St,    Alsip, IL 60803-1922
8483992     Capital One,    P.O. Box 60000,    Seattle, Wa,    98190-6000
9407002    +Capital One Bank,    P O Box 85167,    Richmond, VA 23285-5167
8483994    +Citi Cards,    P.O. Box 6406,    The Lakes, NV 88901-6406
8483995    +City of Blue Island,    13051 S. Greenwood Ave,    Blue Island, IL 60406-2391
8483996     City of Chicago,    PO Box 88292,    Chicago, IL 60680-1292
8483997    +Commodes to Go,    135 Baline St,    Gary, IN 46406-1245
8484002     Dept Of the Treasury,    Internal Revenue Service,    230 S. Deaborn Stop 5016-CHI,
             Chicago, IL 60604
8483998     Discover,    PO Box 15316,    Wilmington, DE,    19886-5316
8484000     Dodge Publishing,    PO Box 74657,    Chicago, IL 60675-4657
8484001    +Ford Credit,    P.O. Box 219825,    Kansas City, MO 64121-9825,    64121
9989070   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
           (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8484003    +International Assoc. of Heat and Frost,    c/o Atty Garret C. Carter,    1 N. Franklin, Suite 1200,
             Chicago, IL 60606-3447
8483984    +Janet C. Loughrey,    8402 S. Hillside Drive,    Palos Park, IL 60464-2059
8484004    +LaSalle Bank,    c/o Lederer/levenfeld,    2 N. LaSalle, Suite 1300,    Chicago, IL 60602-3709
8484005    +LaSalle Bank,    c/o Levenfeld & Perlstein,    2 North LaSalle,    13th Floor,
             Chicago, IL 60602-3709
8484006     Maxit,    26919 W. RT 173,    Antioch, IL 60002
8484007     Menards,    PO Box 5219,    Carol Stream, IL 60197-5219
8484008    +Midwest Collection,    PO Box 445,    Decatur, IL 62525-0445
8484009    +Mulcahy, Pauritsch,    9661 W. 143rd St,    Orland Park, IL 60462-2096
8484010    +NAYR,    16595 W. Stratton Dr,    New Berlin, WI 53151-7301
8484011     Nes Equipment Services,    PO Box 60858,    St. Louis, MO 63160-0858
8484012     Nextel,    PO Box 6220,    Carol Stream, IL 60197-6220
8484014    +Ozinga,    c/o Atty David DeYoung,    222 N. LaSalle St, Suite 700,    Chicago, IL 60601-1024
8484015     PBCC,    PO Box 856460,    Louisville, KY 40285-6460
8484016     Purchase Power,    PO Box 856042,    Louisville, KY 40285-6042
8484018     SASE,    26423 79th Ave,    South Kent, WA 98035
8484019     SBC,    Bill Payment Cneter,    Chicago, IL 60633-0001
8484020     Shell,    PO Box 9016,    Des Moines, IA,    50368-9016
8484021    +Solid Platforms,    PO Box 616,    Portagge, IN 46368-0616
8484022    +Sprint PCS,    P.O. Box 650270,    Dallas, TX 75265
8484023    +Thomas J Dwyer,    401 S. LaSalle St, Suite 606,    Chicago, IL 60605-1076
8484024     United Anco,    PO Box 2486,    Houston, TX 77252-2486
8484025    +United Const. Products,    1700 Quincy Ave,    Naperville, IL 60540-4176
8484026    +Village of Brookfield,    c/o McAllister & Assoc,    1375 E. Schaumburg Rd,
             Schaumburg, IL 60194-5166
8484028    +WFNNB,    P.O. Box 330064,    Northglen, CO 80233-8064
8484027    +Washington Mutual,    PO Box 9001879,    Louisville, KY 40290-1879
```

The following entities were noticed by electronic transmission on Oct 06, 2009.

```
8483999     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2009 03:51:12      Discover,    PO Box 30395,
             Salt Lake City, UT 84130-0395
8894894     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2009 03:51:12      Discover Bank,    P O Box 8003,
             Hillard, OH 43026
8484013    +E-mail/Text: bankrup@nicor.com                            Nicor Gas Bankruptcy Dept.,
             P.O. Box 190,    Aurora, IL 60507-0190
8484017     E-mail/PDF: CREDIT@RSCRENTAL.COM Oct 07 2009 03:06:22      RSC,    PO Box 840514,
             Dallas, TX 75284-0514
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8483993*    Capital One,    P.O. Box 60000,    Seattle, WA  98190-6000
10752897* ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
           (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: dramey              Page 2 of 2              Date Rcvd: Oct 06, 2009
Case: 04-34127                Form ID: pdf006           Total Noticed: 52

                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**　　　　　　　　　　　　**Signature:**　　*Joseph Speetjens*