UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: LOUGHREY, JAMES P. | § Case No. 04-34127 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $2,899.00 |
| Total Distribution to Claimants: $10,818.46 | Claims Discharged Without Payment: $271,895.66 |
| Total Expenses of Administration: $9,280.50 | |

3) Total gross receipts of $ 20,098.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,098.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $274,252.54 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 17,734.40 | 17,734.40 | 9,280.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 400,000.00 | 518,935.29 | 518,935.29 | 10,818.46 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 227,181.25 | 1,691,295.27 | 89,075.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $901,433.79 | $2,227,964.96 | $625,745.04 | $20,098.96 |

    4) This case was originally filed under Chapter 7 on September 15, 2004.
. The case was pending for 63 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2009         By: /s/KAREN R. GOODMAN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| INTERESTS IN INSURANCE POLICIES-MET LIFE | 1129-000 | 14,789.37 |
| 1995 FORD F700 DUMP TRUCK | 1229-000 | 3,500.00 |
| 1989 GMC 7000 BOX TRUCK | 1229-000 | 1,500.00 |
| Interest Income | 1270-000 | 309.59 |
| **TOTAL GROSS RECEIPTS** | | **$20,098.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LaSalle Bank c/o Levenfeld & Perlstein | 4110-000 | 75,000.00 | N/A | N/A | 0.00 |
| Ford Credit | 4110-000 | 9,102.00 | N/A | N/A | 0.00 |
| Washington Mutual | 4110-000 | 184,829.54 | N/A | N/A | 0.00 |
| Ford Credit | 4110-000 | 5,321.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $274,252.54 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Karen R. Goodman | 2100-000 | N/A | 2,759.90 | 2,759.90 | 0.00 |
| Shefsky & Froelich Ltd. | 3110-000 | N/A | 5,694.00 | 5,694.00 | 0.00 |
| American Auction Associates, Inc. | 3620-000 | N/A | 756.84 | 756.84 | 756.84 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.32 | 14.32 | 14.32 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 19.51 | 19.51 | 19.51 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 20.39 | 20.39 | 20.39 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 15.54 | 15.54 | 15.54 |
| Karen R. Goodman, Esq. | 2100-000 | N/A | 2,759.90 | 2,759.90 | 2,759.90 |
| Shefsky & Froelich Ltd. | 3110-000 | N/A | 5,694.00 | 5,694.00 | 5,694.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 17,734.40 | 17,734.40 | 9,280.50 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury-Internal Revenue Service | 5800-000 | 50,000.00 | 192,382.80 | 192,382.80 | 4,010.68 |
| Department of the Treasury-Internal Revenue Service | 5800-000 | 350,000.00 | 326,552.49 | 326,552.49 | 6,807.78 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 400,000.00 | 518,935.29 | 518,935.29 | 10,818.46 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank | 7100-000 | 7,922.00 | 7,922.85 | 7,922.85 | 0.00 |
| Dept Of the Treasury | 7100-000 | N/A | 487,208.28 | 0.00 | 0.00 |
| Ozinga | 7100-000 | 18,965.00 | 18,965.60 | 18,965.60 | 0.00 |
| Maxit | 7100-000 | 14,917.94 | 18,439.52 | 18,439.52 | 0.00 |
| Capital One Bank | 7200-000 | 2,556.00 | 2,556.97 | 2,556.97 | 0.00 |
| Dept Of the Treasury | 7200-000 | N/A | 538,354.12 | 0.00 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 7200-000 | N/A | 535,642.12 | 0.00 | 0.00 |
| American Business Consultants | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Corporation | 7200-000 | N/A | 41,015.40 | 0.00 | 0.00 |
| American Business Consultants Corporation | 7100-000 | N/A | 41,190.41 | 41,190.41 | 0.00 |
| Nicor Gas Bankruptcy Dept. | 7100-000 | 399.00 | N/A | N/A | 0.00 |
| LaSalle Bank c/o Lederer/levenfeld | 7100-000 | 75,370.69 | N/A | N/A | 0.00 |
| PBCC | 7100-000 | 499.38 | N/A | N/A | 0.00 |
| Nextel | 7100-000 | 553.43 | N/A | N/A | 0.00 |
| NAYR | 7100-000 | 2,314.36 | N/A | N/A | 0.00 |
| Nes Equipment Services | 7100-000 | 16,300.82 | N/A | N/A | 0.00 |
| Midwest Collection | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| Purchase Power | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| Mulcahy, Paurtisch | 7100-000 | 22,366.67 | N/A | N/A | 0.00 |
| Menards | 7100-000 | 559.65 | N/A | N/A | 0.00 |
| SBC Bill Payment Cneter | 7100-000 | 988.95 | N/A | N/A | 0.00 |
| RSC | 7100-000 | 5,855.46 | N/A | N/A | 0.00 |
| Shell | 7100-000 | 520.00 | N/A | N/A | 0.00 |
| Sprint PCS | 7100-000 | 7.20 | N/A | N/A | 0.00 |
| Solid Platforms | 7100-000 | 2,252.16 | N/A | N/A | 0.00 |
| Thomas J Dwyer | 7100-000 | 305.00 | N/A | N/A | 0.00 |
| United Const. Products | 7100-000 | 6,898.38 | N/A | N/A | 0.00 |
| United Anco | 7100-000 | 4,393.44 | N/A | N/A | 0.00 |
| WFNNB | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| International Assoc. of Heat and Frost c/o Atty Ga | 7100-000 | 24,427.12 | N/A | N/A | 0.00 |
| Village of Brookfield c/o McAllister & Assoc | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| SASE | 7100-000 | 171.38 | N/A | N/A | 0.00 |
| City of Blue Island | 7100-000 | 109.33 | N/A | N/A | 0.00 |
| Advocate Good Samaritan | 7100-000 | 728.80 | N/A | N/A | 0.00 |
| Allstate | 7100-000 | 964.19 | N/A | N/A | 0.00 |
| Advanced Supply Co. | 7100-000 | 2,572.08 | N/A | N/A | 0.00 |
| Dodge Publishing | 7100-000 | 526.50 | N/A | N/A | 0.00 |
| Amoco | 7100-000 | 321.37 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| AT&T | 7100-000 | 249.34 | N/A | N/A | 0.00 |
| Discover | 7100-000 | 7,628.21 | N/A | N/A | 0.00 |
| Commodes to Go | 7100-000 | 155.00 | N/A | N/A | 0.00 |
| Atlas Bobcat | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 357.00 | N/A | N/A | 0.00 |
| Bi Rental | 7100-000 | 62.24 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 3,875.16 | N/A | N/A | 0.00 |
| City Of Chicago | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 227,181.25 | 1,691,295.27 | 89,075.35 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Case 04-34127    Doc 50    Filed 12/17/09    Entered 12/17/09 16:16:51    Desc Main
           Document      Page 8 of 12

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-34127
**Case Name:** LOUGHREY, JAMES P.
**Period Ending:** 12/14/09

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 09/15/04 (f)
**§341(a) Meeting Date:** 10/20/04
**Claims Bar Date:** 04/05/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE-RES AT 8402 S. HILLSIDE, PALOS PARK | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS TCF BANK | 1,000.00 | 100.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS1/2 INT. | 1,500.00 | 1,201.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6 | STOCK AND BUSINESS INTERESTSLOMA COMPANIES, INC. | 100.00 | Unknown | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES2001 FORD F150<br>    ALREADY REPOSSESSED | 10,000.00 | 4,679.00 | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES2001 FORD F350 | 10,000.00 | 0.00 | | 0.00 | FA |
| 9 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 50,000.00 | Unknown | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES-MET LIFE | Unknown | 25,656.89 | | 14,789.37 | FA |
| 11 | 1995 FORD F700 DUMP TRUCK  (u)<br>    ORIGINALLY THOUGHT TO HAVE LASALLE LIEN | Unknown | Unknown | | 3,500.00 | FA |
| 12 | 1989 GMC 7000 BOX TRUCK  (u)<br>    ORIGINALLY THOUGHT TO HAVE LASALLE LIEN | Unknown | Unknown | | 1,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 309.59 | FA |
| 13 | Assets     Totals (Excluding unknown values) | **$523,000.00** | **$31,636.89** | | **$20,098.96** | **$0.00** |

**Major Activities Affecting Case Closing:**
    REVIEW CLAIMS; FILE TFR.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2006           **Current Projected Date Of Final Report (TFR):**    October 8, 2009  (Actual)

Printed: 12/14/2009 10:33 AM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-34127 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | LOUGHREY, JAMES P. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*99-65 - Money Market Account |
| Taxpayer ID #: | 13-7488181 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 12/14/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/08/05 | | American AuctionAssociates, Inc. | Sale of Vehicles per Court Order | | | 5,000.00 | | 5,000.00 |
| | {11} | | Sale of 1995 For F700 | 3,500.00 | 1229-000 | | | 5,000.00 |
| | {12} | | Sale of 1989 GMC 7000<br>Box Truck | 1,500.00 | 1229-000 | | | 5,000.00 |
| 12/29/05 | 1001 | American Auction Associates, Inc. | Auctioneer's Expense per Ct. Order dated 12/29/05 | | 3620-000 | | 756.84 | 4,243.16 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 1.60 | | 4,244.76 |
| 01/30/06 | {10} | METROPOLITAN LIFE INSURANCE COMPANY | CASH SURRENDER VALUE OF LIFE INSURANCE POLICY | | 1129-000 | 14,789.37 | | 19,034.13 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 2.78 | | 19,036.91 |
| 02/10/06 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2006 FOR CASE #04-34127 | | 2300-000 | | 14.32 | 19,022.59 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 10.23 | | 19,032.82 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 11.32 | | 19,044.14 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.06 | | 19,056.20 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.95 | | 19,069.15 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.54 | | 19,081.69 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.97 | | 19,094.66 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.98 | | 19,107.64 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.14 | | 19,119.78 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 13.40 | | 19,133.18 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.57 | | 19,145.75 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.16 | | 19,157.91 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 12.77 | | 19,170.68 |
| 02/06/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2007 FOR CASE #04-34127 | | 2300-000 | | 19.51 | 19,151.17 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 9.55 | | 19,160.72 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 10.23 | | 19,170.95 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 10.57 | | 19,181.52 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 10.58 | | 19,192.10 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 9.90 | | 19,202.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 10.93 | | 19,212.93 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 10.60 | | 19,223.53 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 9.58 | | 19,233.11 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 11.29 | | 19,244.40 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 10.01 | | 19,254.41 |
| | | | | Subtotals: | | $20,045.08 | $790.67 | |

{} Asset reference(s)  
Printed: 12/14/2009 10:33 AM   V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-34127 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | LOUGHREY, JAMES P. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*99-65 - Money Market Account |
| Taxpayer ID #: | 13-7488181 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 12/14/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.80 | | 19,264.21 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 8.80 | | 19,273.01 |
| 02/05/08 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #04-34127, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 20.39 | 19,252.62 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.95 | | 19,256.57 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.57 | | 19,260.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.68 | | 19,262.82 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.41 | | 19,265.23 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.44 | | 19,267.67 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.44 | | 19,270.11 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.29 | | 19,272.40 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.52 | | 19,274.92 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.10 | | 19,277.02 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.51 | | 19,278.53 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.36 | | 19,279.89 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,280.67 |
| 02/06/09 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #04-34127, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 15.54 | 19,265.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 19,265.86 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,266.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,267.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 19,268.22 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,269.05 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,269.86 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,270.67 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,271.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,272.23 |
| 11/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.13 | | 19,272.36 |
| 11/05/09 | | To Account #\*\*\*\*\*\*\*\*9966 | FUNDS TRANSFER | 9999-000 | | 19,272.36 | 0.00 |

Subtotals :   $53.88   $19,308.29

{} Asset reference(s)                                                                                                     Printed: 12/14/2009 10:33 AM   V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: 04-34127 | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: LOUGHREY, JAMES P. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | Account: | ***-*****99-65 - Money Market Account |
| Taxpayer ID #: 13-7488181 | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: 12/14/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 20,098.96 | 20,098.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,272.36 | |
| | | | **Subtotal** | | **20,098.96** | **826.60** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,098.96** | **$826.60** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-34127 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | LOUGHREY, JAMES P. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*99-66 - Checking Account |
| Taxpayer ID #: | 13-7488181 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 12/14/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/09 | | From Account #\*\*\*\*\*\*\*\*9965 | FUNDS TRANSFER | 9999-000 | 19,272.36 | | 19,272.36 |
| 11/05/09 | 101 | Karen R. Goodman, Esq. | | 2100-000 | | 2,759.90 | 16,512.46 |
| 11/05/09 | 102 | Shefsky & Froelich Ltd. | | 3110-000 | | 5,694.00 | 10,818.46 |
| 11/05/09 | 103 | Department of the Treasury-Internal Revenue Service | | 5800-000 | | 4,010.68 | 6,807.78 |
| 11/05/09 | 104 | Department of the Treasury-Internal Revenue Service | | 5800-000 | | 6,807.78 | 0.00 |

| | ACCOUNT TOTALS | 19,272.36 | 19,272.36 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 19,272.36 | 0.00 | |
| | Subtotal | 0.00 | 19,272.36 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $19,272.36 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*99-65 | 20,098.96 | 826.60 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*99-66 | 0.00 | 19,272.36 | 0.00 |
| | $20,098.96 | $20,098.96 | $0.00 |

{} Asset reference(s)                                                                                          Printed: 12/14/2009 10:33 AM    V.11.53